**Order filed February 25, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00006-CV
_____

## ALI YAZDCHI, Appellant

## V.

## MAKANSAM INC. D/B/A IDEAL TOWING, Appellee

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1135418**

## O R D E R

Appellant's brief was due February 5, 2020. No brief or motion for extension of time has been filed. If appellant does not file a brief with this court on or before **March 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.